# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

3: 11 - MC - 67

FILED
CHARLOTTE, NC

APR 1 9 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN RE:  **ORDER of Delegation**

**THIS MATTER** comes before the court upon its own motion.

Notice is hereby given that effective immediately Senior Judge Mullen is HEREBY delegated all case processing and disposition duties on all non-prisoner civil cases on Judge Whitney's docket. Senior Judge Mullen shall supervise all law clerks appointed by Judge Whitney for purposes relating to the processing of these civil matters up through the final disposition of the case.

The civil cases shall remain assigned to Judge Whitney until there is a dispositive event in the case such as:

- A settlement notice is filed;
- A Memorandum and Recommendation is filed by a magistrate judge recommending the granting of a Motion to Dismiss or a Motion for Summary Judgment; or
- The law clerks or counsel advise the court that the case is ready to proceed to trial. (The event of placing the case on an actual trial calendar shall trigger the reassignment of the case.)

Upon the occurrence of any of the above events, or as directed by Senior Judge Mullen or Chief Judge Conrad, the civil case shall be reassigned to Senior Judge Mullen.

SO ORDERED, this 19th day of April, 2011.

Robert J. Conrad, Chief
U.S. District Judge

Frank D. Whitney
U.S. District Judge