# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:11-mc-67

|  |  |  |
|---|---|---|
| IN RE ORDER OF DELEGATION (ADDENDUM) | ) ) ) ) ) ) | ORDER |

THIS MATTER is before the Court *sua sponte* concerning the processing of administrative orders in all civil cases on this Court's docket. Beginning immediately and pursuant to the provisions of Federal Rule of Civil Procedure 77(c), the Clerk of Court or any authorized Deputy Clerk within the district, is authorized to grant and enter any and all administrative orders on non-substantive issues without further direction by the Court, although any such action may be suspended, altered, or rescinded by the Court.

This Order is not intended to diminish the power and authority of Magistrate Judges under Local Rules 72.1 or other standing orders of this Court.

IT IS SO ORDERED.

Signed: May 25, 2011

Frank D. Whitney
United States District Judge