UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:11-mc-67

IN RE ORDER OF DELEGATION (ADDENDUM) ) ORDER

FILED
CHARLOTTE, NC
MAY 31 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

**THIS MATTER** is before the Court *sua sponte* concerning the processing of administrative orders in **all criminal cases** on this Court's docket. Beginning immediately and pursuant to the provisions of Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina. The Clerk of Court or any authorized Deputy Clerk in the district, is authorized to grant and enter any and all administrative orders on non-substantive issues without further direction by the Court, although any such action may be suspended, altered, or rescinded by the Court.

This Order is not intended to diminish the power and authority of Magistrate Judges under Local Rules 72.1 or other standing orders of this Court.

IT IS SO ORDERED.

Signed: May 25, 2011

Frank D. Whitney
United States District Judge